THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
Special Assistant United States Attorney
California Bar No. 140310
   U.S. Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-0304
   Facsimile: (213) 894-7177
   E-mail: greg.parham@usdoj.gov

Attorneys for Plaintiff
United States of America

previously JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 06-7426 ODW(PLAx) |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| 558 VARIOUS FIREARMS, | |
| Defendants, | |
| RICHARD DODGE, | |
| Claimant. | |

This action was filed on November 20, 2006. The government filed its Verified First Amended Complaint on March 20, 2007 ("Complaint"). Notice was given and published in accordance with law. Richard Dodge ("claimant") filed a claim on May 15, 2007 and an answer on May 25, 2007. No

other claims or answers have been filed, and the time for filing claims and answers has expired.[1]  Plaintiff and claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant 558 Various Firearms except Richard Dodge are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The parties have agreed to dispose of the defendant Firearms as designated on attached Exhibit A.  In the disposition column, "S" designates that the firearm shall be sold through a Federal Firearms Licensee, specified below, and the proceeds from the sale of such firearm returned to claimant Richard Dodge.  "R" designates that the firearm shall be returned as specified below.  "F" designates that the firearm shall be forfeited to the United States government and disposed of according to law.

---

[1] On February 8, 2008, the government filed its Motion for Default Judgment Against Potential Claimants Laura Guelff, Landon Guelff, and All Other Potential Claimants With the Exception of Marlina Matero, Michael Tupper, Bruce Douglas, Bhrian Resnik and Richard Dodge, which this court granted on April 11, 2008.

4. On June 12, 2008, claimant Richard Dodge inspected the firearms designated with an "S" or an "R" for signs of damage resulting from the seizure or post-seizure storage of said firearms. Claimant Richard Dodge agrees to the list of firearms designated with an "S" or an "R" on an as is basis, based upon the condition at the time of inspection. The United States of America agrees to maintain and deliver all firearms designated with an "S" or an "R" in the same condition as at the time of inspection.

5. The United States of America shall have judgment as to the 508 defendant Firearms designated with a "F" in the disposition column of Exhibit A. No other person or entity shall have any right, title or interest in the forfeited firearms. The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") is ordered to dispose of said assets in accordance with law.

6. The 44 defendant Firearms designated with a "S" in the disposition column of Exhibit A shall be sold through Federal Firearms Licensee Peter Harrington Shepard ("Shepard"), license number 9-77-083-01-9D-34733, 1246 N. Ontare Road, Santa Barbara, CA 93105. Proceeds from the sale of such firearms shall be paid by Shepard to claimant Richard Dodge. Claimant Richard Dodge may, upon agreement of the parties, sell any of the 44 defendant Firearms designated with an "S" in the disposition column of Exhibit A through an alternative Federal Firearms Licensee, the identity of whom must also be agreed to by the parties. Any such sales shall be conducted in accordance with the express terms of this

agreement and in accordance with all applicable laws.

7. The 5 defendant Firearms designated with a "R" in the disposition column of Exhibit A, which have been characterized by claimant Richard Dodge as "family" heirlooms or firearms which have particular sentimental value, shall be returned and transferred through a Federal Firearms Licensee to, and held by, Tal Vernon or Helen Marie Payne (the parents of Cheryl Dodge, who is the wife of claimant Richard Dodge) at their home in Campbell, CA. It has been represented to the government that such persons are not prohibited from possessing the firearms, and that such firearms may be lawfully transferred to them.

8. The defendant L.A.R. Grizzly B-Bore rifle, serial number X001803, designated with an "R" in the disposition column of Exhibit A, which has been characterized by claimant Richard Dodge as a "family" heirloom or a firearm which has particular sentimental value, will be returned to Cheryl Dodge (who is currently authorized to possess such a firearm and is a joint registered owner of that firearm), on condition that claimant Richard Dodge is removed from the registration for that firearm. This firearm shall be held in accordance with all applicable laws, including California Penal Code section 12285 subsection (c). It has been represented to the government that the firearm, when not in use, will be securely stored by Cheryl Dodge in a locked safe located at the Dodges' second home in Paso Robles, CA. It has also been represented to the government that the son of Richard and Cheryl Dodge, Kyle Dodge, will not have access to

or possession of L.A.R. Grizzly B-Bore rifle, serial number X001803.

9. Claimant Richard Dodge hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the ATF, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise. Each party waives any right to appeal.

10. The Court finds that there was reasonable cause for the seizure of the defendant Firearms and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

11. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

DATED: _____July 8, 2008

_____
THE HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

[Signatures of the parties follow on the next page.]

5

**Approved as to form and content:**

DATED: June ____, 2008    THOMAS P. O'BRIEN
                          United States Attorney
                          CHRISTINE C. EWELL
                          Assistant United States Attorney
                          Chief, Criminal Division
                          STEVEN R. WELK
                          Assistant United States Attorney
                          Chief, Asset Forfeiture Section


                          ___/s/_____
                             P. GREG PARHAM
                          Special Assistant United States Attorney

                          Attorneys for Plaintiff
                          United States of America

DATED: June ____, 2008    TRUTANICH-MICHEL, LLP


                          _____
                          JASON A. DAVIS
                          Attorney for Claimant Richard Dodge

6